United States District Court
Southern District of Texas
**ENTERED**
July 17, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| MISHELL YVETTE GUZMAN, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 2:26-CV-00206 |
| | § | |
| WARDEN, | § | |
| | § | |
| Respondent. | § | |

## ORDER

Petitioner **Mishell Yvette Guzman** (No. A-095-811-730) filed the pending petition seeking relief pursuant to 28 U.S.C. § 2241 received by the Court on July 10, 2026, asserting she is presently in custody of United States Department of Homeland Security, Immigration and Customs Enforcement (ICE) officials at the Coastal Bend Detention Center in Robstown, Texas. However, a review of the U.S. Immigration and Customs Enforcement locator website does not show Petitioner as being in custody. *See* https://locator.ice.gov/odls/#/details (last visited July 17, 2026). Further, the undersigned has confirmed with Coastal Bend Detention Center that Petitioner is currently not incarcerated there. Additionally, upon review, the petition, while listing Coastal Bend Detention Center as the return address, was mailed from zip code 89139 on July 9, 2026. This zip code is from Las Vegas, Nevada.

It is well established that a petition for writ of habeas corpus filed pursuant to 28 U.S.C. § 2241 must be filed in the district where the prisoner is incarcerated. *Hooker v.*

1 / 2

*Sivley*, 187 F.3d 680, 682 (5th Cir. 1999) (citation omitted); *see also Pack v. Yusuff*, 218 F.3d 448, 451 (5th Cir. 2000) (citations omitted).  While Petitioner filed this case in the Southern District of Texas, it should be transferred to where Petitioner is currently being held, if she is in custody.

The **Clerk of the Court** shall send this Order to:

John G.E. Marck
United States Attorney
1000 Louisiana, Ste. 2300
Houston, TX 77002

and by electronic mail to USATXS.CivilNotice@usdoj.gov

On or before **July 22, 2026**, the **U.S. Attorney for the Southern District of Texas** is **ORDERED** to file an advisory with the Court advising whether Petitioner is currently in custody, where she is currently in custody and where Petitioner has been incarcerated since July 1, 2026.  The filing of the advisory shall not be considered by the Court as a waiver of service, a formal appearance in this case or a waiver of any jurisdictional arguments.

Further, Petitioner is **ORDERED** to file an advisory with the Court on or before **July 27, 2026** listing her current location and mailing address.

ORDERED on July 17, 2026.

Jason B. Libby
United States Magistrate Judge